

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P51219-BMM

TO:    James Molinelli
Clerk's Office-5th Floor

FROM:    Brian M. McNulty
U.S. Probation Officer

**07 CRM 754**

RE:    PITRE, Jesus
Docket #. 1:05-CR-404-02

Enclosed is a matter from the U.S. Probation Office requesting a decision from your office. Please direct your response along with any attachment to our office at 233 Broadway, 14$^h$ floor, so that we may take appropriate action.

Respectfully submitted,

Chris J. Stanton
Chief Probation Officer

Brian M. McNulty
U.S. Probation Officer
212-805-5055

Dated:    August 6, 2007

